## BARTKUS v. ILLINOIS.

No. 39.  Argued November 19, 1957.—Decided January 6, 1958.

*Walter T. Fisher,* acting under appointment by the Court, 352 U. S. 958, argued the cause and filed a brief for petitioner.

*William C. Wines,* Assistant Attorney General of Illinois, argued the cause for respondent.  With him on the brief were *Latham Castle,* Attorney General, and *Theodore G. Maheras,* Assistant Attorney General.

PER CURIAM.

The judgment is affirmed by an equally divided Court.

MR. JUSTICE BRENNAN took no part in the consideration or decision of this case.